# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LANCE ELLIS (#303379)**

**VERSUS**

**JASON KENT, ET AL.**

**CIVIL ACTION**

**NO. 18-609-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 9) dated March 30, 2020, to which no objection was filed;

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, with prejudice, as untimely.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal, a certificate of appealability shall be denied.

Signed in Baton Rouge, Louisiana, on <u>April 14, 2020</u>.

 **JUDGE JOHN W. deGRAVELLES**
 **UNITED STATES DISTRICT COURT**
 **MIDDLE DISTRICT OF LOUISIANA**